UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE NEW YORK CITY HEALTH AND          :
HOSPITALS CORPORATION,

                                      :

            Plaintiff,

                                        :

          -against-

                                        :

GRM INFORMATION MANAGEMENT
SERVICES, INC.,                        :

           Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _10/31/11_

11 Civ. 1702 (BSJ) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

        The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 15 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:     New York, New York
              October 31, 2011

                                     _____
                                       Andrew J. Peck
                                       United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                            Judge Barbara S. Jones





THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007-2601

MICHAEL A. CARDOZO
*Corporation Counsel*

October 13, 2011

By hand delivery

Honorable Andrew J. Peck
Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street,
New York, New York 10007

Re:   HHC v. GRM Information Management Services -- 11 cv 1702

Dear Judge Peck:

I write on behalf of counsel for GRM, Linn Freedman, and myself to update you further concerning this matter. We want you to know that the parties have reached an agreement in principle to settle this matter. As Ms. Freedman advised the Court in her letter of September 28, 2011, the parties have postponed addressing outstanding discovery matters while pursuing settlement. That continues to be the case. We expect that we will be advising you shortly of our intention to file a dismissal stipulation in this matter, but settlement is in the drafting stage and is not yet final.

We will keep you informed of developments as the occur. Thank you for your consideration in this matter.

Respectfully submitted,

Joshua P. Rubin

cc:  Linn Freedman (by electronic mail)

www.nyc.gov